Jason D. Scott, ISB No. 5615
HAWLEY TROXELL ENNIS & HAWLEY, LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 954-5262
Email: jscott@hawleytroxell.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AVIATION FINANCE GROUP, LLC, as Administration Agent for AVIATION SECURITIZATION, LLC and WELLS FARGO BANK, NATIONAL ASSOCIATION (formerly known as Wells Fargo Bank Minnesota, N.A. and Norwest Bank Minnesota, N.A.) as Indenture Trustee, | Case No. **CV 08-535-S-BLW** <br><br> **SATISFACTION OF JUDGMENT** |
| Plaintiffs, | |
| -vs- | |
| DUC HOUSING PARTNERS, INC. a California corporation; and DANIEL A. DUC, | |
| Defendants. | |

**COMES NOW** the Plaintiff, Aviation Finance Group, LLC, as Administration Agent for Aviation Securitization, LLC, and Wells Fargo Bank, National Association (formerly known as Wells Fargo Bank Minnesota, N.A. and Norwest Bank Minnesota, N.A.) as Indenture Trustee, by and through its undersigned counsel of record, the law firm of Hawley Troxell Ennis & Hawley LLP, and hereby advises the Court that Plaintiff and the Defendants, DUC Housing Partners, Inc.,

SATISFACTION OF JUDGMENT - 1

20019.0020.2356831.2

and Daniel A. Duc (collectively the "Defendants"), have reached an agreement for the Defendants' satisfaction of the Judgment which was entered by the Court on June 9, 2010, in favor of Plaintiff (hereinafter "Judgment"). The Defendants have since paid to Plaintiffs in full the amount to which the parties agreed to satisfy the Judgment. Accordingly, the Judgment amount of Eight Hundred Twenty-Nine Thousand Forty Dollars and 72/100 Cents ($829,040.72), as well as all accruing interest and collectible costs and fees incurred thereafter, has now been paid in accordance with the terms of the parties' agreement, and accordingly the Plaintiff's Judgment has been fully satisfied in full.

DATED this 20th day of June, 2011.

_____
Jason D. Scott

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was electronically filed with the U.S. District Court on 7/27/11. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | |
|---|---|
| Samuel A. Diddle<br>EBERLE BERLIN<br>1111 W. Jefferson, Suite 530<br>P.O. Box 1368<br>Boise, Idaho 83701<br>*Attorneys for Defendants* | Email: sdiddle@eberle.com |

/s/
Jason D. Scott

SATISFACTION OF JUDGMENT - 2

20019 0020 2356831.2